In the Matter of AUGUST LUCHOW, INC., Respondent, against FRANK J. TAYLOR, as Comptroller of the City of New York, Appellant.

Argued June 10, 1937; decided October 5, 1937.

*Paul Windels, Corporation Counsel* (*Paxton Blair, Sol Charles Levine* and *Edmund B. Hennefeld* of counsel), for appellant.

*Arnold J. Bernstein* and *Arthur H. Schwartz* for respondent.

Order affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J., LEHMAN and FINCH, JJ.